








JAH 9/5/02 18:12

3:97-CR-00219 USA V. GARCIA

*13*

*CRSTIP.*

FILED
SEP - 5 2002
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**FRANK T. VECCHIONE**
Attorney at Law
105 West "F" Street, Suite 215
San Diego, California 92101
Telephone: (619) 231-3653
Facsimile: (619) 239-0056
CA State Bar: 054730

Attorney for Defendant,
**ERNEST GARCIA**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
**(Hon. Irma E. Gonzalez)**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ERNEST GARCIA, Defendant. | CASE NO. 97CR0219-IEG<br>**STIPULATION RE: MODIFICATION OF SENTENCE** |

**COME NOW** the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Patrick K. O'Toole, United States Attorney, and the defendant, ERNEST GARCIA, by and through his counsel, Frank T. Vecchione, Esq., and HEREBY STIPULATE:

The sentence in Case No. 97CR0219-IEG is modified to one hundred fifty months (150) to run concurrent to the sentence imposed in 95CR1365-IEG, with credit for all time served since October 5, 1995. The Judgment in this cause should be so amended.

//

//

//

//

13

**IT IS SO STIPULATED:**

DATED: September 3, 2002

PATRICK K. O'TOOLE, ESQ.
United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: September 4, 2002

FRANK T. VECCHIONE, ESQ.
Attorney for Defendant
ERNEST GARCIA